IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD McNAMARA, | ) | No. C 07-3410 JSW (PR) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al, | ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to pay the filing fee and failure to prosecute.

IT IS SO ORDERED.

DATED: October 25, 2007

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

EDWARD MCNAMARA,

    Plaintiff,

  v.

PEOPLE OF STATE OF CA et al,

    Defendant.
_____/

Case Number: CV07-03410 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward McNamara D40066
CCC Susanville
P.O. Box 2400
Susanville, CA 96127-2400

Dated: October 25, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk